JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| THE TIRE HANGER CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROTARY LIFT dba VEHICLE SERVICE GROUP, LLC, a Division of Dover Industries, an Indiana corporation; and SNAP-ON, INC. dba EQUIPMENT SOLUTIONS, a Delaware corporation,<br><br>Defendants. | Case No. EDCV 15-2347 JGB (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The above-entitled case came on regularly for trial on July 10, 2018, in Courtroom 1 at 3470 Twelfth Street, Riverside, CA 92501, with the Honorable Jesus G. Bernal, United States District Court Judge, presiding.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT on this 4th day of October, 2018, based upon the jury's verdict (Dkt. No. 200), JUDGMENT is hereby entered jointly and severally against Defendants Rotary Lift dba Vehicle Service Group, LLC and Snap-On, Inc. dba Equipment Solutions:

1. Prior to trial, the Court ruled Defendants breached the Settlement Agreement in regards to the Licensed Products as a matter of law. (Dkt. No. 127.) The Court also ruled that Defendants did not breach the Settlement Agreement in regards to the Wheel Wing as a matter of law. (<u>Id.</u>)
2. Plaintiff The Tire Hanger Corporation is awarded $12,525.00 for damages resulting from a breach of contract in accord with the jury's verdict rendered on July 13, 2018.
3. Plaintiff The Tire Hanger Corporation is awarded prejudgment interest in the amount of $1,252.50.
4. Plaintiff The Tire Hanger Corporation is awarded post-judgement interest under 28 U.S.C. § 1961.
5. This court (or if this Court is unavailable, any court within the Central District of Califronia) shall retain jurisdiction over all disputes between and among the Parties arising out of this final judgment, including but not limited to enforcement of the judgment.

IT IS SO ORDERED.

Dated: October 4, 2018

THE HONORABLE JESUS G. BERNAL
United States District Judge