1  JOHN D. VAN LOBEN SELS (SBN: 201354)
2  jvanlobensels@fishiplaw.com
   JENNIFER J. SHIH (SBN: 276225)
3  jshih@fishiplaw.com
4  Fish IP Law, LLP
   333 Twin Dolphin Drive, Suite 200
5  Redwood City, CA 94065
6  Telephone:  (650) 517-9800
   Facsimile:   (650) 517-9898
7
8  Attorney for Plaintiff,
   THE TIRE HANGER CORPORATION
9

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE TIRE HANGER CORPORATION, a California corporation;<br><br>　　Plaintiff,<br><br>　　v.<br><br>ROTARY LIFT dba VEHICLE SERVICE GROUP, LLC, a Division of Dover Industries, an Indiana corporation; and SNAP-ON, INC. dba EQUIPMENT SOLUTIONS, a Delaware corporation.<br><br>　　Defendants. | **Case No. 5:15-cv-02347-JGB-SP**<br><br>**AMENDED FINAL JUDGMENT**<br><br>Courtroom:　　1<br>Judge:　　　　Hon. Jesus G. Bernal |

AMENDED FINAL JUDGMENT

| | |
|---|---|
| 1 | The above-entitled case came on regularly for trial on July 10, 2018, in Courtroom |
| 2 | 1 at 3470 Twelfth Street, Riverside, CA 92501, with the Honorable Jesus Bernal, United |
| 3 | States District Court Judge, presiding. |
| 4 | On October 4, 2018, the Court entered judgment in this matter. Dkt. 231. On |
| 5 | January 4, 2019, the Clerk issued Bill of Costs, taxing costs in the amount of $4,152.81. |
| 6 | Dkt. 254. On January 14, 2019, the Court awarded Plaintiff's counsel attorneys' fees in |
| 7 | the amount of $600,000.00. Dkt. 256. |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT on based upon the jury's verdict, ECF No. 200, the Clerk's Bill of Costs, Dkt. 254, and the Court's Order awarding Plaintiff's counsel attorneys' fees in the amount of $600,000.00, Dkt. 256; an AMENDED JUDGMENT is hereby entered jointly and severally against Defendants Rotary Lift dba Vehicle Service Group, LLC and Snap-On, Inc. dba Equipment Solutions:

1. Prior to trial, the Court ruled Defendants breached the Settlement Agreement in regards to the Licensed Products as a matter of law. Dkt. 127. The Court also ruled that Defendants did not breach the Settlement Agreement in regards to the Wheel Wing as a matter of law. *Id*.
2. Plaintiff The Tire Hanger Corporation was awarded $12,525.00 for damages resulting from a breach of contract in accord with the jury's verdict rendered on July 13, 2018; Defendants paid this amount on October 8, 2018.
3. Plaintiff The Tire Hanger Corporation was awarded prejudgment interest in the amount of $1,252.50; Defendants paid this amount on October 8, 2018.
4. Plaintiff The Tire Hanger Corporation is the prevailing party, entitled to an award of its costs in the amount of $4,152.81, Dkt. 254, under the Clerk's Bill of Costs, Dkt. 254.
5. Plaintiff The Tire Hanger Corporation is the prevailing party, entitled to an award of its attorneys' fees in the amount of $600,000.00, Dkt. 256.

6. Plaintiff The Tire Hanger Corporation is awarded post-judgment interest under 28 U.S.C. §1961.

7. This court (or if this Court is unavailable, any court within the Central District of California) shall retain jurisdiction over all disputes between and among the Parties arising out of this final judgment, including but not limited to enforcement of the judgment.

IT IS SO ORDERED.

Dated: February 5, 2019

Honorable Jesus G. Bernal
United States District Judge

cc: FISCAL